THE NATIONAL ICE COMPANY OF THE CITY OF NEW YORK, Appellant, v. WILLIAM I. PRESTON, Respondent.

(Argued October 12, 1885; decided October 27, 1885.)

*Alexander Blumenstiel* for appellant.

*Henry Brodhead* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.